### 397 P.3d 1131

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Jon Riki KARAMATSU, Defendant-Appellant.**

**NO. CAAP-16-0000246**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT, HONOLULU DIVISION, (CASE NO. 1DTA-15-01669)

## MEMORANDUM OPINION

Affirm.

### 397 P.3d 1131

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Paul Stephen GLEED, Defendant-Appellant**

**NO. CAAP-16-0000373**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTC-15-052965)

## SUMMARY DISPOSITION ORDER

Remand.